In the Matter of the Estate of ELIAS W. CADY, Deceased.

(Argued October 26, 1886; decided November 23, 1886.)

THE following is the *mem.* of opinion herein:

"We have carefully read and considered the evidence in this case and find it to be abundant to sustain the findings of the surrogate; and those findings conclude us. We agree in the main with the opinions pronounced by the surrogate and at the General Term, and it would be a waste of labor to travel over the same grounds in the exposition of the law applicable to the facts of this case in them so fully and ably set forth.

"The judgment should be affirmed, with costs against the appellant."

*George E. Goodrich* and *H. V. Howland* for appellant.

*S. D. Halliday* for respondents.

EARL, J., reads *mem.* for affirmance.
All concur.
Judgment affirmed.